IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| ROBERT WILSON and NATIONWIDE MUTUAL FIRE INSURANCE COMPANY as Subrogee of Robert Wilson, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL NO. 3:06CV217 |
| UNITED STATES, | ) ) | |
| Defendant. | ) | |

## ORDER

Upon motion of the United States of America, for the reasons stated in its motion, for good cause shown and it appearing that the parties have entered into a Stipulation of Settlement,

IT IS THEREFORE ORDERED that the Motion for Stay is GRANTED and this case shall be STAYED up to and including November 14, 2006. <u>If this matter has not been dismissed by November 14, 2006, the parties shall submit to the Court a joint status report in writing by on or before November 30, 2006.</u>

Signed: September 15, 2006

David C. Keesler
United States Magistrate Judge